BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:91-CR-00030 WBS |
|---|---|
| Plaintiff, | **ORDER DISMISSING INDICTMENT AGAINST DEFENDANT SALVADOR SANDOVAL** |
| v. | |
| SALVADOR SANDOVAL, et al., | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant **SALVADOR SANDOVAL** in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrant is recalled.

Dated: July 25, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1